IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01083-REB-BNB

BRECKENRIDGE PHARMACEUTICAL, INC.,

Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

Defendant.

_____

## ORDER
_____

This matter is before me on **Plaintiff Breckenridge Pharmaceutical, Inc.'s Motion for Leave to File First Amended Complaint** (the "Motion to Amend"), filed September 12, 2005. Although not immediately apparent, the Motion to Amend is not opposed.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint and Jury Demand submitted with the Motion to Amend. The defendant shall answer or otherwise respond to the First Amended Complaint within ten days.

IT IS FURTHER ORDERED that the hearing set for today at 2:30 p.m., is VACATED.

Dated September 27, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge