IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01083-REB-BNB

BRECKENRIDGE PHARMACEUTICAL, INC.,

Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion for Leave to File Defendant's Motion for Stay of Proceedings Under Seal** (the "Motion"), filed on September 29, 2005.

      IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is ordered to keep the Motion for Stay of Proceedings (docket entry 33) under seal.

DATED:  October 20, 2005.