IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01083-REB-BNB

BRECKENRIDGE PHARMACEUTICAL, INC.,

Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's and Counterclaim Defendant's Unopposed Motion for Issuance of Letters of Request Pursuant to Hague Convention to Central Authorities of Germany** (the "Motion"), filed on October 21, 2005.

     IT IS ORDERED that the Motion is GRANTED.

DATED:  November 10, 2005.