IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01083-REB-BNB

BRECKENRIDGE PHARMACEUTICAL, INC.,

Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

Defendant,

v.

FLORIDA BRECKENRIDGE, INC.,

Counterclaim Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

The following motions are before me:

1.      Motion to Disqualify Counsel for Defendant Metabolite Laboratories, Inc. (docket entry no. 26)
2.      Motion to Stay (docket entry no. 33 - sealed)
3.      Motion for Leave to File Amended Replies to Defendant's Counterclaims (docket entry no. 83)
4.      Motion for Protective Order (docket entry no. 91)

Pursuant to the parties' statement that settlement is imminent,

IT IS ORDERED that the hearing set for January 26, 2006, is VACATED, and the above-motions are DENIED WITHOUT PREJUDICE.


DATED:  January 25, 2006.