IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01083-REB-BNB

BRECKENRIDGE PHARMACEUTICAL, INC.,

Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

Defendant,

v.

FLORIDA BRECKENRIDGE, INC.,

Counterclaim Defendant.
_____

**ORDER**
_____

This matter is before me on the parties' **Joint Motion for Stay Pending Settlement Negotiations** [Doc. # 97, filed 1/30/06] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED in part, and the case schedule is modified to the following extent:

        **Discovery Cut-Off:**        **June 30, 2006**

        (All discovery must be **completed** by the discovery cut-off. All
        written discovery must be served so that responses are due on or
        before the discovery cut-off.)

        **Dispositive Motions Deadline:**        **July 14, 2006**

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 21, 2006**;

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 19, 2006**;

The Motion is DENIED in all other respects.

IT IS FURTHER ORDERED that the settlement conference set for **March 20, 2006, at 1:30 p.m.** is VACATED.

Dated February 8, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge