IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01083-REB-BNB

BRECKENRIDGE PHARMACEUTICAL, INC.,

Plaintiff,

v.

METABOLITE LABORATORIES, INC.,

Defendant,

v.

FLORIDA BRECKENRIDGE, INC.,

Counterclaim Defendant.

_____

## ORDER

_____

Upon review of the **Notice** [Doc. # 106, filed 4/5/06] and of the minute order of the

district judge in a related case (Case No. 04-cv-02501-WYD-CBS Metabolite Laboratories, Inc.

v. Americsourcebergen Corp.) concerning potential consolidation:

IT IS ORDERED that the defendant shall file a status report within 10 days after any

order in Case No. 04-cv-02501 concerning consolidation of these cases.

Dated April 6, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge